B1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>_____DISTRICT OF __Connecticut___ | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Strom, Brian J.** | Name of Joint Debtor (Spouse) (Last, First, Middle) :<br>**Strom, Kim E.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade name): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade name): **Kim E. Landy, Kim E. Pawloski** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) : **7404** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) :  **0395** |
| Street Address of Debtor (No. & Street, City and State)<br>**6 Richconn Drive, New Milford, CT**　　　　**06776** | Street Address of Joint Debtor (No. & Street, City and State):　**6 Richconn Drive, New Milford, CT**　　**06776** |
| County of Residence or Principal Place of Business: **Litchfield** | County of Residence or Principal Place of Business: **Litchfield** |
| Mailing Address of Debtor (No. & Street, City and State):<br>**6 Richconn Drive, New Milford, CT**　　**06776** | Mailing Address of Debtor (No. & Street, City and State):<br>**6 Richconn Drive, New Milford, CT**　　**06776** |
| Location of Principal Assets of Business Debtor (if different from street address above): | **ZIP CODE** |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>The Petition is Filed (Check **one** box) |
|---|---|---|
| ☒  Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other(If debtor is not one of the above entities,<br>check this box and state type of entity below)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other_____<br>**Tax-Exempt Entity**<br>(Check box if applicable)<br>☐ Debtor is a tax-exempt organization<br>   under title 26 of the United States<br>   Code (the Internal Revenue Code.) | ☒ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding.<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                        Nonmain Proceeding.<br><br>**Nature of Debts**<br>(Check one box.)<br>☒ Debts are primarily consumer    ☐ Debts are primarily<br>   debts, defined in 11 U.S.C.          business debts.<br>   § 101(8) as "incurred by an<br>   individual primarily for a<br>   personal, family, or house-<br>   hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee Attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only).  Must attach<br>signed application for the courts consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Application to chapter 7 individuals only).  Must attach<br>signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101 (51D).<br><br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,490,925 (amount subject to<br>adjustment on 4/01/16 and every three years thereafter).<br>------------------------------------------------------<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from on or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds<br>available for distribution to unsecured creditors. | |

**Estimated Number of  Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50- 99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (4/13)                                                                                               Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Strom, Brian J. & Kim E.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if the debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(D) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States code, and have explained the relief available under each such chapter. I, further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____ /s/_____                                 12/17/2014<br>Signature of Attorney for Debtor(s)  **Ira B. Charmoy**               Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made apart of this petition.

☒  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
**(Check the applicable Boxes)**

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180   days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or assets in the United States in this District, or has no principal place of business or assets in the United States. but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable non-bankruptcy law, there are circumstances under which the debtor would be  permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for  possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day  period after the filing of the petition.

☐   Debtor certifies that he/she has served the landlord with this certification (11 U. S. C. §362(1))

| B1 (Official Form 1) (4/13) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Strom, Brian & Kim E.** |
|---|---|

| **Signatures** | |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/
Signature of Debtor    **Brian J. Strom**

X    /s/
Signature of Debtor    **Kim E. Strom**

Telephone Number (If not represented by attorney)

12/17/14
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box)

☐ I requested relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

**Signature of Attorney***

X    /s/
Signature of Attorney for Debtor(s)

**Ira B. Charmoy**
Printed Name of Attorney for Debtor(s)

**The Law Office of Ira B. Charmoy   LLC**
Firm Name

**P.O. BOX 795**
Address

**Trumbull, CT 06611**

**203 880-4354**
Telephone Number

**12/17/2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that 1) I am the bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title , if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition prepared.)(Required by 11 U.S.C. § 110.)

Address

_____

_____

X _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (12/09)

# UNITED STATES BANKRUPTCY COURT

Bridgeport Division_____ **District of CONNECTICUT**

In Re:    **Strom, Brian J. & Kim E.**        Case _____
             **Debtor**                                                         **(if known)**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒        1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐        2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Official Form 1, Exh. D (12/09) — Cont.

☐      3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____

        **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐      4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____/s/_____
              **Brian J. Strom**

Date: __12/17/2014__

Official Form 1, Exhibit D (12/09)

# UNITED STATES BANKRUPTCY COURT

Bridgeport Division_____ **District of CONNECTICUT**

In Re:    **Strom, Brian J. & Kim E.**                    **Case** _____
         Debtor                                                                              **(if known)**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒        1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐        2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Official Form 1, Exh. D (12/09) — Cont.

☐　　　3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

　　　**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐　　　4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　　☐　Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　　☐　Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
　　　☐　Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____/s/_____
　　　　　　　　**Kim E. Strom**

Date: __12/17/2014__

Form B6A
(12/07)

**In Re:**   **Strom, Brian J. & Kim E.**                    **Case** _____
               **Debtor**                                                                **(if known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "none" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single Family House Primary Residence 6 Richconn Drive New Milford, CT 06776** | **Fee simple** | **J** | **$250,000.00** | **$357,869.00** |
|  |  |  |  |  |
|  |  | Total ▶ | **$250,000.00** |  |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

**In Re:**      **Strom, Brian J. & Kim E.**                    **Case** _____
           _Debtor_                                                             **(if known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, both or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C – Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on the schedule.  List them in Schedule G – Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | | | $10.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Webster Bank Checking Account No.** **** | **J** | $855.00 |
| | | **Bank of America Checking Accounts Nos. ****5228 and** | **J** | $.56 |
| | | **Bank of America Checking Account****4758** | **J** | $20.05 |
| 3.   Security deposit with public utilities, telephone companies, landlords, and others. | x | | | 0 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | | | $10,000 |
| 5.   Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectables. | x | | | 0 |
| 6.   Wearing apparel. | | | | $1,000 |
| 7.   Furs & Jewelry | | | | $2,000 |
| 8.   Firearms and sports, photographic and other hobby equipment. | x | | | 0 |

| | | | |
|---|---|---|---|
| 9.  Interest in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance  Gerber Life Insurance Company** | **W** | **No value** |
| 10.  Annuities.  Itemize and name each issuer. | x | | | **0** |
| 11.  Interests in an education IRA as defined in 26.U.S.C. §530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. §529(b)(1). Give particulars.(File separately the record(s) of any such interest(s) 11 U.S.C. §521(c) Rule 1007(b)). | | 26 U.S.C. §529(b)(1).College Bound Fund | | **Not property of this estate- Listed For informational purpose only** |
| 12.  Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Merrill Lynch Retirement Account No. 405****  <br><br>La-Z-Boy Incorporated Retirement Savings Plan  <br><br>Federal Business Products Retirement Account** | **W**  <br><br>**H**  <br><br>**H** | **Not property of this estate- Listed For informational purpose only** |
| 13.  Stock and interest in incorporated businesses. Itemize | | **1000 shares of preferred stock of Intubation Plus, Inc.**  <br><br>**2 shares of Electronic Arts Inc. @ $45.50 per share on 12/17/2014** | **J**  <br><br>**J** | **$0.00**  <br><br>**$91.00** |
| 14.  Interest in partnerships or joint ventures.  Itemize | x | | | **0** |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | **0** |
| 16.  Accounts receivable. | x | | | **0** |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | **0** |
| 18.  Other liquidated debts owed to debtor including tax refunds.  Give particulars. | x | | | **0** |

| | | | | |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | 0 |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | 0 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | 0 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | x | | | 0 |
| 23. Licenses, franchises, and other general Intangibles. Give particulars. | x | | | 0 |
| 24. Customer lists or other compilations containing personally Identifiable information ( as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | 0 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Audi Q5** **Mileage: 79,000** | W | **$16,500** |
| | | **2009 Volkswagen Jetta** **Mileage: 118,000** | H | **$4,500** |
| | | **2010 Triumph Thunderbird** **motorcycle 6,500 Miles** | H | **$5,500** |
| 26. Boats, motors, and accessories | x | | | 0 |
| 27. Aircraft and accessories. | x | | | 0 |
| 28. Office equipment, furnishings, and supplies | x | | | 0 |

| | | | | |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | x | | | 0 |
| 30.   Inventory. | x | | | 0 |
| 31.   Animals. | x | | | 0 |
| 32.  Crops- growing or harvested.  Give particulars. | x | | | 0 |
| 33.  Farming equipment and implements. | x | | | 0 |
| 34.  Farm supplies, chemicals, and feed. | x | | | 0 |
| 35.  Other personal property of any kind not already listed.  Itemize. | x | | | 0 |

**Total   >**

(Include amounts from any continuation
sheets attached.  Report total also on
sheets attached.  Report total also on
Summary of Schedules.)

**$40,476.61**

B6C (Official Form 6C) (04/13)

**In Re:** **Strom, Brian J. & Kim E.** Case _____
        **Debtor**                                   **(if known)**

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                              $155,675.
☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|---|
| personal residence | J | §522(d)(1) | **$21,650** | **$250,000 NO EQUITY** |
| household furnishings and wearing apparel | J | §522(d)(3) | **$23,050** | **$11,000** |
| Jewelry | J | §522(d)(4) | **$2,900** | **$2,000** |
| shares of stock – 2 shares of Electronic Arts Inc. | J | §522(d)(5) | **$90.00** | **$ 90.00** |
| cash and deposits | J | §522(d)(5) | **$22,254** | **$976.61** |
| Motorcycle | H | §522(d)(5) | **$631.00** | **$631.00** |
| Life insurance contract | W | §522(d)(7) | **In its entirety** | **No value in policy document** |
| **Total :** | | | **$70,575.00** | |

B6D Official Form 6D (12/07)

In Re:    **Strom, Brian J. & Kim E.**
            Debtor

Case _____
                                    (if known)

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interest.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and  Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Co-debtor," include the entity on the appropriate schedule of creditors, and complete Schedule H- Co-debtors. If a joint petition is filed state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion , if Any" in the boxes Labeled "Totals(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value Of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column Labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND  MAILING ADDRESS  INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM INCURRED, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **First Niagara Bank PO Box 514 Lockport, NY 14095 Loan No. ***1275** | | J | **1st Mortgage – 6 Richconn Drive, New Milford, CT 06776 Current Value: $250,000** | | | | $259,291.29 | $9,291.29 |
| **CitiMortgage PO Box 6243 Sioux Falls, SD 57117-6243 Account No. ****115-0**  **MERS P.O. Box 2026 Flint, MI  48501-2026** | | J | **2nd Mortgage – 6 Richconn Drive, New Milford, CT 06776 Current Value: $250,000** | | | | $50,781.59 | $50,781.59 |
| **GEMB PO Box 6150 Rapid City, SD 57709-6150**  **Green Tree PO Box 6172 Rapid City, SD 57709-6172** | | J | **3rd Mortgage – 6 Richconn Drive, New Milford, CT 06776 Current Value: $250,000** | | | | $35,982.00 | 35,982.00 |

| | | | | | |
|---|---|---|---|---|---|
| **VW Credit Inc.**<br>**1401 Franklin Blvd.**<br>**Libertyville, IL 60048** | **H** | **Car loan of 2009**<br>**Volkswagen Jetta SE**<br>**Current Value: $4,500**<br>**Mileage: 118,000** | | **$10,974.47** | $6,474 |
| **Chase Auto Finance**<br>**PO Box 78050**<br>**Phoenix AZ 85062-8050**<br>**Account No.  ***83876** | **J** | **Car loan of 2010 Audi**<br>**Q5; mileage: 79,000**<br>**Current Value: $16,500** | | **25,477.95** | $8,977 |
| **Freedom Road Financial**<br>**10605 Double R. Blvd., Suite 100**<br>**Reno, NV 89521**<br>**Account No. ***0126** | **H** | **2010 Triumph**<br>**Thunderbird**<br>**Motorcycle;**<br>**Mileage:  6,500**<br>**Current Value:**<br>**$5,500** | | **$4,869.77** | |

| \_\_\_\_ continuation sheets<br>attached | Subtotal(s) ►<br>  (Total(s) of this page) | **$387,377.07** | **$111,505.88** |
|---|---|---|---|
| | Total(s) ►<br>(Use only on last page) | **$387,377.07** | **$111,505.88** |
| | | (Report total also on<br>Summary of Schedules) | (If applicable, report<br>also on Statistical<br>Summary of Certain<br>Liabilities and Related<br>Data) |

B6E Official Form (4/13)

**In Re:**   **Strom, Brian J. & Kim E.**                    **Case** _____
                Debtor                                                                      (if known)

# SCHEDULE E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number , if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of filing of the petition.  Use separate continuation sheet for each type of priority and label each with the type of priority.

The compete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, , state the child's initials and the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112  and  Fed. R. Bankr. P. 1007(m).

If an entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J" or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column "Contingent."  If the claim is unliquidated, place an "X" in the column Labeled "unliquidated."   If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of  these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled :Total" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐     **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐     **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 11§ 507(a)(4).

☐     **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Official Form 6E (4/13)- Cont.

**In Re:**    **Strom, Brian J. & Kim E.**                              **Case** _____
                          Debtor                                                                              **(if known)**

☐        **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150.* per farmer or fisherman, against the debtor, as provided in  11 U.S.C. § 507(a)(6).

☐        **Deposit by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐        **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐        **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitment to the FDIC, TRC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of  Governors of the Federal Reserve system, or their predecessors or successors, to maintain the capital of an uninsured depository institution.  11U.S.C. § (a)(9).

☐        **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ **continuation sheets attached**

B6E-(Official Form 6E((4/13) Cont.

In Re:   **Strom, Brian J. & Kim E.**                    Case _____
                    Debtor                                                                    (if known)

## SCHEDULE E -  CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no __ of __ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal(s) ▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page of the completed
Schedule E.  Report also on the Summary
Of Schedules.)

Total(s) ▶
(Use only on last page of the completed
Schedule E.  If applicable, report on
The Statistical Summary of Certain
Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

**In Re:  Strom, Brian J. & Kim E.**                    Case _____
         Debtor                                                      (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See U.S.C § 112; .  If a minor child is a creditor, , state the child's initials and the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112  and  Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether husband, wife, both of them or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME , MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **American Express** PO Box 982357 El Paso, TX  79998  **First Source Advantage For American Express** 205 Bryant Woods South Amherst, NY 14228 3609 | | J | **Services and Merchandise Account Nos. \*\*\*9503 & \*\*\*8283** | | | | $46,159.00 |
| **Bank of America** PO Box 15028 Wilmington, DE 19850-5028 | | J | **Line of Credit Account Account No. 7497\*\*\*\*** | | | | $17,352.00 |
| **Bank of America** PO Box 982235 El Paso, TX  79998 | | W | **Services and Merchandise Account No.  4264\*\*\*** | | | | $33,985.00 |
| **Chase/Cardmember Service** PO Box 15298 Wilmington, DE  19850 | | H | **Services and Merchandise Account #426684117915\*\*\*\*** | | | | $19,355.98 |
| **The Home Depot/CBNA** PO Box 6497 Sioux Falls, SD  57117 | | H | **Services and Merchandise Account #603532021233\*\*\*** | | | | $10,414.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Kohls/Capital One**<br>**PO Box 3115**<br>**Milwaukee, WI 53201** | **W** | **Merchandise and Services**<br>**Account #639305052518\*\*\*** | | | **$1,327.00** |
| **Chex Systems, Inc.**<br>**Attn: Consumer Relations**<br>**7805 Hudson Road, Suite 100**<br>**Woodbury, MN 55125** | **J** | **Possible liabilities** | | | **$1.00** |

Sheet no __ of __ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Non-Priority Claims

Subtotal(s) ▶ **$128,593.98**

Total ▶ **$128,593.98**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G)(12/07)

**In Re: Strom, Brian J. & Kim E.**                    **Case** _____
       **Debtor**                                                                                    **(if known)**

## SCHEDULE G -  EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described  .  If a minor child is a creditor, , state the child's initials and the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112  and  Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIPCODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST.  STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY, STATE CONTRACT<br>NUMBER OF ANY GOVERNMENTAL CONTRACT |
|---|---|
|  |  |

Form B6H (Official Form 6H)(12/07)

**In Re:    Strom, Brian J. & Kim E.**                          **Case** _____
          _Debtor_                                                                      **(if known)**

# SCHEDULE  H- CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the non-debtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a creditor, state the child's initials an d the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☒  Check this box if debtor has no codebtors.

| **NAME AND ADDRESS OF CODEBTOR** | **NAME AND ADDRESS OF CREDITOR** |
|---|---|
| NONE | |

**B6 Summary Official Form 6 – Summary (12/13)**

# United States Bankruptcy Court

### Division_____ District Of Connecticut

**In Re:   Strom, Brian J. & Kim E.**               **Case**

                    **Debtor**

                                                  **Chapter**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amount from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the " Statistical Summary of Certain Liabilities and Related Data" if they file a case under Chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-  Real Property | | | $250.000.00 | | |
| B-  Personal  Property | | | $40,476.61 | | |
| C-  Property Claimed as Exempt | | | | | |
| D-  Creditors Holding Secured Claims | | | | $128,593.98 | |
| E-  Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | 0 | |
| F-  Creditors Holding Unsecured Nonpriority Claims | | | | $128,593.98 | |
| G-  Executory Contracts and Unexpired Leases | | | | | |
| H-  Codebtors | | | | | |
| I-  Current Income of Individual Debtor(s) | | | | | $2,555.36 |
| J.  Current Expenditures of Individual  Debtors | | | | | $7,941.04 |
| TOTAL | | | $290,476.61 | $257,187.96 | |

Form 6 – Statistical Summary (12/13)

# United States Bankruptcy Court

<u>Division</u> District Of <u>CONNECTICUT</u>

**In Re:** **Strom, Brian J. & Kim E.**                 Case _____

                  Debtor

**Chapter**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. §159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E | $0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) ) (whether disputed or undisputed) | $0 |
| Student Loan Obligations (from Schedule F) | $0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $0 |
| TOTAL | $0 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$2,555.45** |
| Average Expenses (from Schedule J, Line 22) | **$7,941.04** |
| Current Monthly Income (from Form 22A Line 12: **OR**, Form 22B Line 11; **OR**, Form 22C Line 20) | **$7,380.62** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$111,505.88** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $0 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0** |
| 4. Total from Schedule F | | **$128,593.98** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$ 240,099.86** |

B6 Declaration (Official Form 6 – Declaration) (12/07)

**In Re:  Strom, Brian J. & Kim E.**                    **Case** _____
          **Debtor**                                                                      **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets and that they are true and correct to the best of my knowledge, information and belief including our I and J Schedules filed as part 2 of our filing.

__12/17/2014__                                          _/s/_
Date                                                Signature of Debtor    **Brian J. Strom**

__12/17/2014__                                          _/s/_
Date                                                Signature of Debtor    **Kim E. Strom**

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (see 11  U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor accepting any fee from the debtor, as required by that section.

_____            _____
Printed or Typed name of Bankruptcy Petition Preparer     Social Security Number
                                                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____            _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the  bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.11 U.S.C. § 110; 18 U.S.C. § 156.*
--------------------------------------------------------------------------------------------------------------------------

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____[president or other officer or an authorized agent of the corporation or a member or an authorized agent of the Partnership] of the _____ [corporation or partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge information and belief.

_____            _____
Date                                                Signature

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
--------------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 USC §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court

Bridgeport Division District Of Connecticut

**In Re:** **Strom, Brian J. & Kim E.**                    **Case** _____
Debtor                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This Statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials an d the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112  and  Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None" mark the box labeled "None,"** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known) and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor in a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive or owner of 5 percent or more of the voting equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. §l0l(2), (31).

## 1.  Income from Employment or Operation of Business

State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition it not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2013 - $ 70,000 | **Spouse's severance from Jan to August 2013 (W)** |
| 2013 – $ 110,862 | **Income from Wages (J)** |
| 2014 -$50,00 | **Income from Wages (J)** |

## 2.  Income Other than from Employment or Operation of Business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapters 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2013 – $39,756 | **Debtors' unemployment benefits** |
| 2014 -  $ 8,280 | **Debtors' unemployment benefits** |
| 2013 -  $83,594 | **Debtor's Severance** |

**3.   Payments to Creditors**
  *Complete a. or b., as appropriate, and c*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts, to any creditor, made within **90 days** immediately preceding the commencement of this case if the aggregated value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses   whether or not a joint petition it filed, unless the spouses are separated and a joint petition it not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NONE other than in the normal course of business | | | |

b.  *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90** days immediately preceding the commencement of this case if the aggregated value of all property that constitutes or is affected by such transfer is not less than $6,225*  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapters 12 or chapter13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITORS | DATES OF PAYMENT/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| NOT APPLICABLE | | | |

c.  *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapters 12 or 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITORS | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NONE | | | |

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| American Express Centurion Bank v. Kim E. Strom LLI-CV14-6011296 S | Collection | Superior Court at Litchfield | pending |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE  BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| NONE | | |

### 5.  Repossessions, Foreclosures, and Returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| NONE | | |

### 6.  Assignments and Receiverships

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| NONE | | |

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME, LOCATION OF COURT  CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| NONE | | | |

### 7.  Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $l00 per recipient, (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| NONE | | | |

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| NONE | | |

**9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, AND NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Offices of Charmoy, LLC PO Box 795 Trumbull, CT 06611** | | **$2,191.50** |
| **Credit Counseling Agency** | | $35 |

**10. Other Transfers**

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| NONE | | |

b. List all property transferred by debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| NONE | | |

**11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| NONE | | |

**12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| NONE | | | |

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNTOF SETOFF |
|---|---|---|
| NONE | | |

**14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Custodial accounts for Debtors' minor children | $250 in the aggregate | $250 in the aggreagate Bank of America Savings Accounts Nos. ****8061, ****5385 and ****9374 |

**15. Prior Address of Debtor**

If the debtor has moved within the **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| NONE | | |

**16.    Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME | COMMUNITY PROPERTY STATE | DATES OF RESIDENCE |
|---|---|---|
| NONE | | |

**17.  Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal , state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including but not limited to, disposal sites.

"Hazardous material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the names and addresses of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| NONE | | | |

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| NONE | | | |

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| NONE | | |

**18.  Nature, location and name of business.**

a.  *If the debtor is an individual,* list the names and addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC NO. COMPLETE EIN OR OTHER TAXPAYER ID NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| NOT APPLICABLE | | | | |

b.  Identify any business listed in response to subdivision a. above that is a "single asset real estate" as defined in 11 USC §101**.**

| NONE |
|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within **six years** immediately preceding the commencement of this case.  A debtor who has not been in business within those **six years** should go directly to the signature page.)*

### 19.  Books, records and financial statements

a.  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| NONE | |

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| NONE | | |

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| NONE | |

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case.

| NAME | DATE ISSUED |
|---|---|
| NONE | |

### 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| NONE | | |

b. List the name and address of the person having possession of the records of each of the two inventories reported in a. above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| NONE | |

### 21. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| NOT APPLICABLE | | |

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| NOT APPLICABLE | | |

### 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| NOT APPLICABLE | | |

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| NONE | | |

### 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| NONE | | |

**24. Tax consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| NONE | |

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| NONE | |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| Date: **12/17/2014** | Signature: _____ /s/ |
| | Of Debtor    **Brian J. Strom** |
| Date: **12/17/2014** | Signature: _____ /s/ |
| | Of Joint  Debtor    **Kim E. Strom** |
| | (if any) |

*[If competed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: _____    Signature _____

_____    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 USC §§ 152 and 3571.*

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (see 11  U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed name of Bankruptcy Petition Preparer    Social Security Number

*(Required by 11 U.S.C. § 110.)*
*If the bankruptcy preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the  bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Official Form 8
(12/08)

# United States Bankruptcy Court
__ Division__ **District of CONNECTICUT**

**In Re:**  **Strom, Brian J. & Kim E.** 
Debtor

**Case** _____
(if known)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (*Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.*)

| Property No. 1 | Describe Property Securing Debt |
|---|---|
| **Creditor's Name:  First Niagara** | **6 Richconn Drive, New Milford, CT 06776** |

Property will be *(check one):*
☐ Surrendered                    ☒ Retained

If retaining the property, I intend to *(check at least one):*
☐ Redeem the property
☐ Reaffirm the debt
☒ Other:  Explain ____Pay as Agreed_____ (for example, avoid lien
using 11 U.S.C. §522(f).

Property is (check one):
☒ Claimed as exempt.                              ☐ Not claimed as exempt.

| Property No. 1 | Describe Property Securing Debt: |
|---|---|
| **Creditor's Name:  CitiMortage** | **6 Richconn Drive, New Milford, CT 06776** |

Property will be *(check one):*
☐ Surrendered                    ☒ Retained

If retaining the property, I intend to *(check at least one):*
☐ Redeem the property
☐ Reaffirm the debt
☒ Other:  Explain _____Pay as Agreed_____ (for example, avoid lien
using 11 U.S.C. §522(f).

Property is (check one):
☒ Claimed as exempt.                              ☐ Not claimed as exempt.

| Property No. 1 | |
|---|---|
| **Creditor's Name:   GEMB/Green Tree** | **Describe Property Securing Debt:**<br>**6 Richconn Drive, New Milford, CT 06776** |

Property will be *(check one)*:
☐ Surrendered          ☒ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☒ Other:  Explain _____Pay as Agreed_____ (for example, avoid lien
using 11 U.S.C. §522(f).

Property is *(check one)*:
☒ Claimed as exempt.                                    ☐ Not claimed as exempt.

| Property No. 2 | |
|---|---|
| **Creditor's Name:   VW Credit, Inc.** | **Describe Property Securing Debt:**<br>**2009 Volkswagen Jetta** |

Property will be *(check one)*:
☐ Surrendered          ☒ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☒ Reaffirm the debt
☐ Other:  Explain _____ (for example, avoid lien
using 11 U.S.C. §522(f).

Property is *(check one)*:
☒ Claimed as exempt.                                    ☐ Not claimed as exempt.

| Property No. 3 | |
|---|---|
| **Creditor's Name:   Chase Auto Finance** | **Describe Property Securing Debt:**<br>**2010 Audi Q5** |

Property will be *(check one)*:
☐ Surrendered          ☒ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☒ Reaffirm the debt
☐ Other:  Explain _____ (for example, avoid lien
using 11 U.S.C. §522(f).

Property is *(check one)*:
☒ Claimed as exempt.                                    ☐ Not claimed as exempt.

| Property No. 4 | |
|---|---|
| **Creditor's Name:   Freedom Road Financial** | **Describe Property Securing Debt:**<br>**2010 Triumph Thunderbird Motorcycle** |

Property will be *(check one)*:

☐ Surrendered        ☒ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☒ Reaffirm the debt
☐ Other:  Explain _____ (for example, avoid lien
using 11 U.S.C. §522(f).

Property is *(check one)*:
☒ Claimed as exempt.                    ☐ Not claimed as exempt.

**PART B -** personal property subject to unexpired leases. *(all three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)*

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):**<br>☐ Yes     ☐ No |

| Property No. 6 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2):**<br>☐ Yes     ☐ No |

_____ continuation sheets attached. (if any)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **12/17/2014** _____

_____/s/_____
Signature of Debtor  **Brian J. Strom**

_____/s/_____
Signature of Joint Debtor    **Kim E. Strom**

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### _____ DISTRICT OF CONNECTICUT

In Re:   **Strom, Brian J. & Kim E.**                  Case No. _____
                  **Debtor**                                   **Chapter**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR THE DEBTOR

1.      Pursuant to 11 U.S.C. §329(a) and Fed. Bankr. P. 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services I have agreed to accept **as a retainer**: | **$2.191** |
| Prior to filing this statement, I have received | |
| The unpaid balance due and payable at an hourly rate agreed upon by the debtor(s) if in excess of the stated retainer. | $ |
| The filing fee of **$335** in this case has been paid along with $26 for postage and copies and $_____ for a title search. | $ |

2.      The source of the compensation paid to me was:

☒   Debtor          ☐   Other (specify)

3.      The source of the compensation to be paid to me is:   Not Applicable

☐   Debtor          ☐   Other (specify)

4.   ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with another person or persons who are or are not members and associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.      Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.      Representation of the debtor(s) at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;  and

d.      (Other provisions as needed)

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

a.      Representation in any post-petition negotiations with the trustee concerning exemptions, non-exempt property, etc, or with the U. S. Trustee regarding conversion or dismissal;

b.      Negotiations with creditors concerning claims and reaffirmations;

c.      Appearance or negotiation of reaffirmation agreements;

d.      2004 examinations or depositions;

e.      Contested motions to avoid liens which interfere with exemptions;

f.      Violations of the automatic stay imposed by 11 U.S.C. §362;

g.      Dischargeability or objection to discharge litigation;

h.      Objections to exemptions; and

i.      Advice, counsel, negotiations representation or discussions related to or connected with post-petition litigation of any type.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.


Date: <u>12/17/2014</u>                                    <u>                    /s                    </u>
                                                                    Ira B. Charmoy  (ct07345)
                                                                    The Law Offices of Ira B. Charmoy, LLC
                                                                    PO Box 795
                                                                    Trumbull, CT 06611
                                                                    Phone/Fax; 203 880-4354
                                                                    Email: iracharmoylaw@gmail.com

**American Express**
**PO Box 982357**
**El Paso, TX  79998**


**First Source Advantage**
**For American Express**
**205 Bryant Woods South**
**Amherst, NY 14228 3609**


**Bank of America**
**PO Box 15028**
**Wilmington, DE 19850-5028**


**Bank of America**
**PO Box 982235**
**El Paso, TX  79998**


**Chase/Cardmember Service**
**PO Box 15298**
**Wilmington, DE  19850**


**The Home Depot/CBNA**
**PO Box 6497**
**Sioux Falls, SD  57117**


**Kohls/Capital One**
**PO Box 3115**
**Milwaukee, WI  53201**


**Chex Systems, Inc.**
**Attn: Consumer Relations**
**7805 Hudson Road, Suite 100**
**Woodbury, MN 55125**


**First Niagara Bank**
**PO Box 514**
**Lockport, NY 14095**


**CitiMortgage**
**PO Box 6243**
**Sioux Falls, SD 57117-6243**

**MERS**
**P.O. Box 2026**
**Flint, MI  48501-2026**


**GEMB**
**PO Box 6150**
**Rapid City, SD 57709-6150**


**Green Tree**
**PO Box 6172**
**Rapid City, SD 57709-6172**


**VW Credit Inc.**
**1401 Franklin Blvd.**
**Libertyville, IL 60048**


**Chase Auto Finance**
**PO Box 78050**
**Phoenix AZ 85062-8050**


**Freedom Road Financial**
**10605 Double R. Blvd., Suite 100**
**Reno, NV 89521**