B240A (Form B240A) (04/10)

> Check one.
> [X] **Presumption of Undue Hardship**
> [ ] **No Presumption of Undue Hardship**
> *See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In re  Brian J. Strom and Kim E. Strom
_____
*Debtor*

Case No. 14-51907

Chapter 7

Dated: February 17, 2015

By the Court

*Alan H. W. Shiff*
United States Bankruptcy Judge

It is ORDERED that the reaffirmation agreement is NOT APPROVED.

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** FreedomRoad Financial

[ ] Check this box if Creditor is a Credit Union

### PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: Promissory Note & Security Agreement
   *For example, auto loan*

B. ***AMOUNT REAFFIRMED:***  $ _____4,717.05_____

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

   *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is ___7.99___ %.

   *See definition of "Annual Percentage Rate" in Part V, Section C below.*

   This is a *(check one)* [✓] Fixed rate     [ ] Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.